IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LIGE STEWARDSON,<br>    *Plaintiff*,<br><br>v.<br><br>TEXAS A&M UNIVERSITY-KINGSVILLE,<br>    *Defendant.* | §<br>§<br>§<br>§    Case No. 2:12-cv-0261<br>§<br>§<br>§<br>§ |

## DEFENDANT'S STATEMENT OF INTENT REGARDING MEDIATION

Defendant Texas A&M University-Kingsville files this statement-of-intent regarding mediation to indicate that it declines to mediate at this time, early in the life of this employment-discrimination case. The parties have undertaken some written discovery; no witness has been deposed. Plaintiff Lige Stewardson has asked to depose some witnesses; Defendant plans to depose Plaintiff.

Defendant has been made aware of mediation as a form of alternative dispute resolution and will designate a representative to participate in mediation if it became compulsory or preferred by both parties. But Defendant respectfully declines ADR at this time.

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        DANIEL T. HODGE
        First Assistant Attorney General

        DAVID C. MATTAX
        Director of Defense Litigation

        JAMES 'BEAU' ECCLES
        General Litigation, Division Chief

            /s/   Lars Hagen
        LARS HAGEN
        Southern District Bar No. 37196
        Assistant Attorney General
        Office of the Attorney General
        P.O. Box 12548
        Austin, Texas  78711-2548
        (512) 475-4271
        (512) 320-0667 - facsimile
        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by electronic filing and service through the CM/ECF filer service of the federal court on April 1, 2013, to:

Todd Slobin
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046

            /s/   Lars Hagen
        LARS HAGEN
        Assistant Attorney General